Geralyn M. Clancy (SBN 173401)
Attorney at Law
4010 Foothills Boulevard, Ste 103-95
Roseville, California 95747
ph 916.905.4884
cell 916.995.5952
e-mail geralyn@geralynclancylaw.com

Attorney for Defendants J.H., CLAIRE
CORDELL and JASON HENKHAUS


**LOZANO SMITH**
Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Tilman A. Heyer, SBN 315566
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:  (916) 329-7433
Facsimile:  (916) 329-9050

Attorneys for Plaintiff
ROCKLIN UNIFIED SCHOOL DISTRICT


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ROCKLIN UNIFIED SCHOOL DISTRICT,<br><br>          Plaintiff,<br><br>v.<br><br>J.H., A Minor, by and Through his Guardians Ad Litem, CLAIRE CORDELL and JASON HENKHAUS,<br><br>          Defendants.<br>_____/ | Case No. 2:20 CV 01053 KJM KJN<br><br>STIPULATION FOR EXTENSION OF TIME; ORDER |

In a Minute Order issued on October 23, 2020, after a Pretrial Scheduling Conference before Chief District Judge Kimberly J. Mueller on October 22, 2020, the parties were directed

to notify the Court no later than November 9, 2020 if the Parties were requesting a referral to the Voluntary Dispute Resolution Program ("VDRP").

Due to a personal family loss, Defendants' counsel requires a brief extension of the date for the filing of a request for a referral to VDRP.

The parties hereby stipulate to extend the date for filing a request for a referral to VDRP from November 9, 2020 to December 7, 2020.

Dated: November  6 , 2020          By:      /s/ Geralyn M. Clancy
                                            Geralyn M. Clancy, Esq.
                                            Attorney for Defendants J.H., CLAIRE
                                            CORDELL and JASON HENKHAUS


Dated: November  8 , 2020          By:      /s/ Marcella L. Gutierrez
                                            Marcella L. Gutierrez, Esq.
                                            **LOZANO SMITH**
                                            Attorneys for Plaintiff ROCKLIN
                                            UNIFIED SCHOOL DISTRICT


ORDER

Having considered the circumstances and the stipulation entered into by the parties concerning an extension of the date for filing a request for a referral to VDRP from November 9, 2020 to December 7, 2020,

IT IS SO ORDERED.

Dated:  November 13, 2020.

                                            _____
                                            CHIEF UNITED STATES DISTRICT JUDGE