IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ROCKLIN UNIFIED SCHOOL DISTRICT, | Case No. 2:20 CV 01053 KJM KJN |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE ATTORNEY FEES MOTION |
| v. | |
| J.H., A Minor, by and Through his Guardians Ad Litem, CLAIRE CORDELL and JASON HENKHAUS, | |
| Defendants. | |

Having considered the circumstances and the stipulation entered into by the parties concerning an extension of the date for filing a Motion for Attorney Fees, Defendants shall file a Motion for Attorney Fees no later than Friday, June 10, 2022.

IT IS SO ORDERED.

DATED: March 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Rocklin Unified School District v. J.H., et al.;          1
Case No. 2:20 CV 01053 KJM KJN
ORDER