IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ROCKLIN UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>J.H., A Minor, by and Through his Guardians Ad Litem, CLAIRE CORDELL and JASON HENKHAUS,<br><br>Defendants. | Case No. 2:20 CV 01053 KJM KJN<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE ATTORNEY FEES MOTION |

Having considered the circumstances and the stipulation entered into by the parties concerning an extension of the date for filing a Motion for Attorney Fees, Defendants shall file a Motion for Attorney Fees no later than Friday, November 18, 2022.

IT IS SO ORDERED.

DATED: October 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Rocklin Unified School District v. J.H., et al.;      1
Case No. 2:20 CV 01053 KJM KJN
ORDER