IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH

| | |
|---|---|
| ROCKLIN UNIFIED SCHOOL DISTRICT, | Case No. 2:20-CV-01053 KJM KJN |
| Plaintiff, | ORDER |
| v. | |
| J.H., A Minor, by and Through his Guardians Ad Litem, CLAIRE CORDELL and JASON HENKHAUS, | |
| Defendants. | |

The parties report that they have reached an agreement on attorneys' fees and related costs and that the District's Governing Board has reviewed and approved the settlement agreement, which the parties have now fully executed. ECF No. 50. All dates and deadlines are thus vacated, and this action remains closed, as specified in this court's previous order, ECF No. 37.

IT IS SO ORDERED.

Dated: November 9, 2022

CHIEF UNITED STATES DISTRICT JUDGE

Rocklin Unified School District v. J.H., et al.;
Case No. 2:20 CV 01053 KJM KJN
ORDER

1